### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAYLON S. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-04-1558-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

On November 8, 2005, United States Magistrate Judge Shon T. Erwin issued the Findings & Recommendation of Magistrate Judge, wherein he found that the decision of the Commissioner of the Social Security Administration was not supported by substantial evidence and should be reversed and remanded for further administrative proceedings. Magistrate Judge Erwin therein advised the parties of their right to object to the findings and recommendation within 20 days of the date of filing and further advised the parties that failure to make timely objection waives the right to appeal the judgment of the district court based upon the findings and recommendation.

To date, no objection to the findings and recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Findings & Recommendation of Magistrate Judge in its entirety.

Accordingly, the Findings & Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on November 8, 2005 (doc. no. 19), is

**ACCEPTED**, **ADOPTED,** and **AFFIRMED**.  The decision of the Commissioner of Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

ENTERED this 29th day of November, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1558p002.wpd